IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

TARSHA L. BUTLER, )
)
    Plaintiff, )
)
v. ) Case No. 18-CV-32-FHM
)
NANCY A. BERRYHILL, )
Acting Commissioner of the )
Social Security Administration, )
)
    Defendant. )

## OPINION AND ORDER

Plaintiff's Motion for Voluntary Dismissal, [Dkt. 5], is before the court. The Defendant has not been served. The court finds that the case should be and is hereby dismissed without prejudice and the case closed.

SO ORDERED this 30th day of January, 2018.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE